**AMERICAN RAILROAD COMPANY OF PORTO RICO et al., defendants, appellants, v. Daniel VALLEJO et al., claimants, appellees.**

**No. 4675.**

United States Court of Appeals
First Circuit.

Feb. 20, 1953.

See also 1 Cir., 188 F.2d 513.

Luis E. Dubon, San Juan, Puerto Rico, for appellants.

Mariano Acosta Velarde and Daniel Pellon Lafuente, San Juan, Puerto Rico, for appellees.

Before MAGRUDER, Chief Judge, and MARIS and WOODBURY, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed on the opinion by Acting District Judge Snyder. 110 F.Supp. 45.

**EDWARD CHAPPELL COMPANY, Plaintiff-Appellant, v. CHESAPEAKE & OHIO RAILWAY COMPANY and Norfolk & Western Railway Company, Defendants-Appellees.**

**No. 146, Docket 22546.**

United States Court of Appeals
Second Circuit.

Argued Jan. 14, 1953.

Decided Jan. 29, 1953.

Foley & Martin, New York City (Christopher E. Heckman, William J. O'Brien and Francis A. Wade, New York City, of counsel), for plaintiff-appellant.

White & Case, New York City (Horace L. Walker, Hewitt Biaett, Richmond, Va. and Robert H. Pratt, Hartsdale, N. Y., of counsel), for Chesapeake & O. R. Co.

Bernard Sobol and Conboy Hewitt O'Brien & Boardman, New York City (R. B. Claytor and J. P. Fishwick, New York City, of counsel), for defendant-appellee Norfolk & W. R. Co.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of the court below, D.C., 110 F.Supp. 46.